UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DULCE DELGADO, as Administrator of the THE ESTATE OF JASON C. GONCALVES, and ROSA BERROA, as Mother and Next Friend of JAYON XAVIER GONCALVES and JAYLEON BERROA,

*Plaintiffs,*

vs.

CA 08 70ML

PAWTUCKET POLICE DEPARTMENT, CITY OF PAWTUCKET, by and through its Finance Director RONALD WUNSCHEL, RICHARD LaFOREST in his official capacity, CHRISTOPHER R. LOMBARDI in his official capacity, and GEORGE L. KELLEY III in his official capacity,

*Defendants.*

*{ R.I. Superior Court C.A. No PC07-5891 }*

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants—Pawtucket Police Department, City of Pawtucket, Ronald Wunschel, Richard LaForest, Christopher R. Lombardi and George L. Kelley III, ("defendants")—are defendants in a civil action filed in the Providence County Superior Court entitled, *Goncalves, et al. vs. City of Pawtucket, et al.*, *C.A. No. PC07-5891.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about February 20, 2008.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
Pawtucket Police Department, City of Pawtucket, Ronald Wunschel, Richard LaForest, Christopher R. Lombardi and George L. Kelley III,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on February 29th, 2008, to:

Jeffrey D. Sowa, Esq./#5764
Michael J. Jacobs, Esq./#7480
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

Laura Souza