UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DULCE DELGADO, as Administrator of the THE ESTATE OF JASON C. GONCALVES, and ROSA BERROA, as Mother and Next Friend of JAYON XAVIER GONCALVES and JAYLEON BERROA,

*Plaintiffs,*

vs.

PAWTUCKET POLICE DEPARTMENT, CITY OF PAWTUCKET, by and through its Finance Director RONALD WUNSCHEL, RICHARD LaFOREST in his official capacity, CHRISTOPHER R. LOMBARDI in his official capacity, and GEORGE L. KELLEY III in his official capacity,

*Defendants.*

CA 08 70ML

*{ R.I. Superior Court C.A. No PC07-5891 }*

**NOTICE OF FILING PETITION FOR REMOVAL**

**TO: Clerk's Office**
**Providence County Superior Court**
**250 Benefit Street**
**Providence, Rhode Island 02903**

**(See also those listed under Certification of Service)**

Please take notice that Defendants— Pawtucket Police Department, City of Pawtucket, Ronald Wunschel, Richard LaForest, Christopher R. Lombardi and George L. Kelley III, ("defendants")—have this day filed in the United States District Court for the District of Rhode Island a Petition for Removal of the above-entitled action from the Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this day of February 2008.

Defendants,
Pawtucket Police Department, City of Pawtucket, Ronald Wunschel, Richard LaForest, Christopher R. Lombardi and George L. Kelley III ,
by their attorneys,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on February 29th, 2008, to:

Jeffrey D. Sowa, Esq./#5764
Michael J. Jacobs, Esq./#7480
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
(401) 273-0200 (telephone)
(401) 273-0250 (facsimile)

Laura Sousa