STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5891 DULCE DELGADO V PAWTUCKET POLICE DEPARTMENT

Filing Date: 11-05-2007
Case Status: UNASSIGNED

Case Type: MALPRACTICE/MEDICAL
Status Date: 11-05-2007

| | | |
|---|---|---|
| Plaintiff: DULCE DELGADO | ID: @10939685 | Attorney: JEFFREY SOWA |
| | | Attorney: MICHAEL JACOBS |
| Plaintiff: ESTATE OF JASON C GONCALVES | ID: @10939687 | Attorney: JEFFREY SOWA |
| | | Attorney: MICHAEL JACOBS |
| Plaintiff: ROSA BERROA | ID: @10939688 | Attorney: JEFFREY SOWA |
| | | Attorney: MICHAEL JACOBS |
| Plaintiff: JAYON GONCALVES | ID: @10939689 | Attorney: JEFFREY SOWA |
| | | Attorney: MICHAEL JACOBS |
| Plaintiff: JAYLEON BERROA | ID: @10939691 | |
| Defendant: PAWTUCKET POLICE DEPARTMENT | ID: @10939692 | |
| Defendant: CITY OF PAWTUCKET | ID: PAWTUCKET | |
| Defendant: RONALD WUNSCHEL | ID: @10939693 | |
| Defendant: RICHARD LAFOREST | ID: @10939694 | |
| Defendant: CHRISTOPHER LOMBARDI | ID: @10939695 | |
| Defendant: GEORGE KELLEY | ID: @10939696 | |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-05-2007 | COMPLAINT FILED | |
| 11-05-2007 | INITIAL FILING FEE | |
| 11-05-2007 | Payment Applied | A Payment of -$160.00 was made on receipt [illegible]59857. |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island