UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DULCE DELGADO, as Administrator of the THE ESTATE OF JASON C. GONCALVES, and ROSA BERROA, as Mother and Next Friend of JAYON XAVIER GONCALVES and JAYLEON BERROA,<br><br>*Plaintiffs,*<br>vs.<br><br>PAWTUCKET POLICE DEPARTMENT, CITY OF PAWTUCKET, by and through its Finance Director RONALD WUNSCHEL, RICHARD LaFOREST in his official capacity, CHRISTOPHER R. LOMBARDI in his official capacity, and GEORGE L. KELLEY III in his official capacity,<br><br>*Defendants.* | C.A. No. 08-70ML |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq. (2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, Pawtucket Police Department, City of Pawtucket, by and through its Finance Director, Ronald Wunschel, Richard LaForest, in his official capacity, Christopher R. Lombardi, in his official capacity and George L. Kelley, III, in his official capacity.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 4th day of March, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

jsowa@lsglaw.com
mjacobs@lsglaw.com

*/s/ Marc DeSisto*

Marc DeSisto