UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DULCE DELGADO, as Administrator of the THE ESTATE OF JASON C. GONCALVES, and ROSA BERROA, as Mother and Next Friend of JAYON XAVIER GONCALVES and JAYLEON BERROA,<br><br>*Plaintiffs,*<br>vs.<br><br>PAWTUCKET POLICE DEPARTMENT, CITY OF PAWTUCKET, by and through its Finance Director RONALD WUNSCHEL, RICHARD LaFOREST in his official capacity, CHRISTOPHER R. LOMBARDI in his official capacity, and GEORGE L. KELLEY III in his official capacity,<br><br>*Defendants.* | C.A. No. 08-70ML |

**ANSWER ON BEHALF OF PAWTUCKET POLICE DEPARTMENT, CITY OF PAWTUCKET, BY AND THROUGH ITS FINANCE DIRECTOR, RONALD WUNSCHEL, RICHARD LAFOREST, CHRISTOPHER LOMBARDI AND GEORGE L. KELLEY**

Now come the defendants, Pawtucket Police Department, City of Pawtucket, by and through its Finance Director, Ronald Wunschel, Richard LaForest, in his official capacity, Christopher R. Lombardi, in his official capacity and George L. Kelley, III, in his official capacity and answer the plaintiffs' complaint as follows:

1. These defendants admit the allegations contained in paragraphs 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 and 13 of the introductory portion of the plaintiffs' complaint.

2. These defendants make no response to the allegations contained in paragraph 12 of the introductory portion of the plaintiffs' complaint.

3. These defendants note that there is no paragraph 3 in the introductory portion of the plaintiffs' complaint.

4. These defendants admit the allegations contained in paragraphs 13, 20 and 21 of that portion of the plaintiffs' complaint entitled "facts."

5. These defendants note that the complaint is misnumbered in that in the "facts" portion of the complaint there are two paragraphs 14 and a paragraph 13 which is the second paragraph 13 in the complaint.

6. These defendants deny the allegations contained in both paragraphs numbered 14, 15, 16, 17, 18 and 19 of that portion of the plaintiffs' complaint entitled "facts."

7. These defendants deny the allegations contained in paragraphs 22, 23, 24, 25, 26, 27, 28 and 29 of Count I of the plaintiffs' complaint.

8. These defendants deny the allegations contained in paragraphs 30, 31, 32, 33, 34, 35, 36, 37 and 38 of Count II of the plaintiffs' complaint.

9. These defendants deny the allegations contained in paragraphs 39, 40, 41, 42, 45, 47, 48 and 49 of Count III of the plaintiffs' complaint.

10. These defendants contend that they followed Pawtucket police policy and so deny paragraph 43 of Count III of the plaintiffs' complaint.

11. These defendants state that no response is required to paragraphs 44 and 46 in that the references to the Pawtucket police policy should speak for itself.

12. These defendants deny the allegations contained in paragraphs 50, 52, 53, 54, 55 and 56 of Count IV of the plaintiffs' complaint.

13. These defendants make no response to the allegations contained in paragraph 51 and state that R.I.G.L. 31-12-9 speaks for itself.

14. These defendants deny the allegations contained in paragraphs 57, 58 and 59 of Count V of the plaintiffs' complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of common law and statutory immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of damages recoverable in this matter.

### FIFTH AFFIRMATIVE DEFENSE

These defendants plead that the plaintiffs' injuries, including the death of Jason Goncalves were caused or contributed to by other persons, firms or corporations for whose conduct these defendants are not responsible.

**These defendants hereby demand a trial by jury.**

Defendants,
By their attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 4th day of March, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

jsowa@lsglaw.com
mjacobs@lsglaw.com

*/s/ Marc DeSisto*

Marc DeSisto